Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





FELIPE LACKEY RANGEL,


 Appellant,


v.


NPG OF TEXAS, L.P. d/b/a KVIA TV
CHANNEL 7 ABC,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-09-00056-CV



Appeal from


 County Court at Law No. 3


of El Paso County, Texas


(TC # 2005-4619)




MEMORANDUM OPINION



 Pending before the Court is Felipe Lackey Rangel's motion to dismiss the appeal pursuant
to Tex.R.App.P. 42.1(a)(1) because Rangel no longer wishes to prosecute the appeal. We grant the
motion and dismiss the appeal with prejudice. Costs are assessed against Appellant. See
Tex.R.App.P. 42.1(d).


November 24, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Rivera, JJ.